In the Matter of the Application of Mary E. Jackson, as Plaintiff and Judgment Creditor, for the Examination in Supplementary Proceedings of Arthur H. Yetman, a Person Having Property of George Edward Harding, Defendant and Judgment Debtor. Jefferson Scales, Appellant; Arthur H. Yetman, as Receiver of George E. Harding, and Mary E. Jackson, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Walter F. Duckworth, Respondent, v. William S. Driver, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Adam N. Kunz, Respondent, v. Astoria Silk Works, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Mary E. Mullin, as Administratrix, etc., of John P. Mullin, Deceased, Respondent, v. Patrick Nolan, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Cornelius E. O'Grady, Respondent, v. Patrick H. McDonough, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie Raino, as Administratrix, etc., of George Raino, Deceased, Appellant, v. James V. Camardella and William Hettesheimer, Doing Business as Camardella & Hettesheimer, Respondents.—Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

Edward Reehil, Respondent, v. John Fraas, Appellant.— Order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Lewis S. Seeley and Angele Seeley, Respondents, v. Dean C. Osborne, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Souvenir Post Card Company, Appellant, v. Louis Bangert, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Francis B. Taylor, as Receiver, etc., Respondent, v. Stephen N. Kreischer, Appellant.— Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Henry Taylor, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.